**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR433** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **RICHARD TRIPLETT,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 47).

Sentencing is scheduled for November 23, 2009. The basis of the motion to continue is defense counsel's mistaken belief that sentencing is scheduled on October 23, 2009. Therefore, the motion to continue is denied.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 47) is denied.

DATED this 5th day of October, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge